UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JESSIE J. BARNES,

                  Plaintiff,

      v.                                                         9:04-CV-164

LESTER WRIGHT, et al.,

                  Defendants.
_____

APPEARANCES:                                    OF COUNSEL:

FOR THE PLAINTIFF:

**last known address**
JESSIE J. BARNES, pro se

FOR THE DEFENDANTS:

OFFICE OF NYS ATTORNEY GENERAL      SENTA SIUDA, ESQ.
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204-2455

NORMAN A. MORDUE, DISTRICT JUDGE

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 9th day of June, 2005.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. This action is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, based upon plaintiff's failure to prosecute and to comply with this court's orders and local rules of practice.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated:  July 1, 2005
        Syracuse, New York

Norman A. Mordue
U.S. District Judge